JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER ALVARADO, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONSTAR MORTGAGE, et al, <br><br> Defendants. | Case No. EDCV 14-1387-DTB <br><br> ORDER SUMMARILY DISMISSING ACTION FOR FAILURE TO PROSECUTE |

Plaintiffs filed this pro se civil rights action on July 8, 2014. Under Federal Rule of Civil Procedure 4(m), service of the summons and complaint must be accomplished on each named defendant within 120 days after the filing of the complaint. The 120-day period within which to accomplish service on each named defendant expired on November 5, 2014. On November 14, 2014, the Court issued an Order to Show Cause ordering plaintiffs to show good cause as to why service was not made within the 120-day period and why this case should not be dismissed without prejudice for want of prosecution. To date, plaintiffs have not responded in

///

///

///

1 | any way to the Order to Show Cause. Accordingly, this action is DISMISSED
2 | without prejudice.
3 |     **IT IS SO ORDERED.**
4 |
5 | DATED:    January 12, 2015
6 |
7 |                                             _____
8 |                                             DAVID T. BRISTOW
                                            UNITED STATES MAGISTRATE JUDGE